UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEISHA SUTTON,

      Plaintiff,

vs.

CHIMKO & ASSOCIATES, P.C.

      Defendant,
_____/

Case No: 10-13918
Hon. Denise Page Hood

| | |
|---|---|
| Andrew L. Campbell (P64391) | Michael O. Nelson (P23546) |
| Attorney for Plaintiff | Co-Counsel for Plaintiff |
| 653 S. Saginaw Street, Suite 201 | 1104 Fuller NE |
| Flint, MI 48502 | Grand Rapids, MI 49503 |
| (810) 232-4344 | (810) 232-4344 |

COLLINS, EINHORN, FARRELL & ULANOFF
Michael J. Sullivan (P35599)
David C. Anderson (P55258)
Monika L. Sullivan (P69881)
Attorneys for Defendant
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141
_____/

## STIPULATION AND ORDER OF DISMISSAL

      Plaintiff KEISHA SUTTON and defendant CHIMKO & ASSOCIATES, P.C., through their respective counsel, hereby stipulate and agree to the dismissal of this action with prejudice and without costs to either party. The parties further stipulate to the entry of the Order of Dismissal that follows.

Stipulated and agreed to by:

| | |
|---|---|
| /s/Michael O. Nelson | /s/David C. Anderson |
| Michael O. Nelson (P23546) | David C. Anderson (P55258) |
| Attorney for Plaintiff | Attorney for Defendant |

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEISHA SUTTON,

      Plaintiff,

vs.

CHIMKO & ASSOCIATES, P.C.

      Defendant,

_____/

Case No: 10-13918
Hon. Denise Page Hood

| | |
|---|---|
| Andrew L. Campbell (P64391)<br>Attorney for Plaintiff<br>653 S. Saginaw Street, Suite 201<br>Flint, MI 48502<br>(810) 232-4344 | Michael O. Nelson (P23546)<br>Co-Counsel for Plaintiff<br>1104 Fuller NE<br>Grand Rapids, MI 49503<br>(810) 232-4344 |

COLLINS, EINHORN, FARRELL & ULANOFF
Michael J. Sullivan (P35599)
David C. Anderson (P55258)
Monika L. Sullivan (P69881)
Attorneys for Defendant
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141

_____/

## ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED AND ADJUDGED that any and all of plaintiff's claims against defendant Chimko & Associates, P.C. are DISMISSED WITH PREJUDICE and without costs to either party.

                              s/Denise Page Hood
                              Denise Page Hood
                              UNITED STATES DISTRICT JUDGE

Dated: March 22, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 22, 2011, by electronic and/or ordinary mail.

<span style="margin-left:50%">s/Felicia Moses for LaShawn R. Saulsberry<br>Case Manager, (313) 234-5165</span>